<p style="text-align:center;color:red;">**Exhibit B**</p>

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| BRENDA MATLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action |
| TRIGO EXPRESS LLC., a California Limited | ) | File No.: 22A01591 |
| Liability Company, TAN TRAN, individually, | ) | |
| and d/b/a TRIGO EXPRESS LLC., ABC | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | | |

### ANSWER AND DEFENSES OF DEFENDANTS TRIGO EXPRESS LLC AND TAN TRAN TO PLAINTIFF'S COMPLAINT

COME NOW, Defendants Trigo Express, LLC and Tan Tran and hereby file their Answer and Defenses to Plaintiff's Complaint, showing the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendants are not liable to Plaintiff because they owed no duty, and in the alternative, breached no duty owed to Plaintiff, regarding the occurrence giving rise to Plaintiff's Complaint.

### THIRD DEFENSE

To the extent as may be shown by evidence, Defendants assert the defense of contributory/comparative negligence, failure to avoid consequences, failure to exercise ordinary care, and failure to mitigate damages.

### FOURTH DEFENSE

Defendants reserve the right to plead and prove such other defenses as may become known to them during the course of their investigation and discovery.

## FIFTH DEFENSE

Defendants answer the numbered paragraphs of Plaintiff's Complaint as follows:

## PARTIES AND JURISDICTION

1.

Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in this paragraph of Plaintiff's Complaint and, therefore, can neither admit nor deny same.

2.

Defendants admit that, at the time of the incident, Defendant Trigo Express ("Trigo Express") was a California limited liability corporation with its principal office located at 9689 Carnation Avenue, Fountain Valley, CA 92708.  Defendants deny the remaining allegations contained in this paragraph of Plaintiff's Complaint.

3.

Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

4.

Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

5.

Defendants admit that Defendant Tan Tran ("Defendant Tran") is a non-resident of Georgia and subject to the jurisdiction of this Court.  Defendants deny as pled the remaining allegations contained in this paragraph of Plaintiff's Complaint.

6.

Defendants admit that Defendant Tran can be served at his residence, which is 9689 Carnation Avenue, Fountain Valley, CA 92708.  Defendants deny as pled the remaining allegations contained in this paragraph of Plaintiff's Complaint.

7.

Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

8.

Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in this paragraph of Plaintiff's Complaint and, therefore, can neither admit nor deny same.

9.

Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in this paragraph of Plaintiff's Complaint and, therefore, can neither admit nor deny same.

10.

Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in this paragraph of Plaintiff's Complaint and, therefore, can neither admit nor deny same.

**FACTS AND CIRCUMSTANCES SURROUNDING COLLISION**

11.

Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

12.

Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

13.

Defendants admits that Trigo Express owned the tractor-trailer at issue and that Defendant Tran was driving on Trigo Express' behalf at the time of the incident.  Defendants deny the remaining allegations contained in this paragraph of Plaintiff's Complaint.

14.

Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

15.

Defendants denies the allegations contained in this paragraph of Plaintiff's Complaint.

16.

Defendants admits that Trigo Express owned the tractor-trailer that Defendant Tran was operating.  Defendants deny the remaining allegations contained in this paragraph of Plaintiff's Complaint.

17.

Defendants admit that Defendant Tran was a member of Trigo Express.  Defendants deny as pled the remaining allegations contained in this paragraph of Plaintiff's Complaint.

18.

Defendants admits that Defendant Tran was operating the tractor trailer at issue on Trigo Express' behalf at the time of the incident.  Defendants deny the remaining allegations contained in this paragraph of Plaintiff's Complaint.

19.

Defendants admit that Defendant Tran was cited for improper lane change.  Defendants deny as pled the remaining allegations contained in this paragraph of Plaintiff's Complaint.

20.

Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in this paragraph of Plaintiff's Complaint and, therefore, can neither admit nor deny same.

**<u>NEGLIGENCE</u>**

21.

Defendants admit that Defendant Tran had a duty to comply with Georgia law.  Defendants deny as pled the remaining allegations contained in this paragraph of Plaintiff's Complaint.

22.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

23.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

24.

Defendants admit that Defendant Tran had a duty to comply with Georgia law.  Defendants deny as pled the remaining allegations contained in this paragraph of Plaintiff's Complaint.

25.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

26.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

27.

Defendants admit that Defendant Tran had a duty to comply with Georgia law.  Defendants deny as pled the remaining allegations contained in this paragraph of Plaintiff's Complaint.

28.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

29.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

30.

Defendants admit that Defendant Tran had a duty to comply with Georgia law.  Defendants deny as pled the remaining allegations contained in this paragraph of Plaintiff's Complaint.

31.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

32.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

33.

Defendants admits that Trigo Express may be responsible for the negligent acts or omissions of Defendant Tran.  Defendants deny as pled the remaining allegations contained in this paragraph of Plaintiff's Complaint.

34.

Defendants deny as pled the allegations contained in this paragraph of Plaintiff's Complaint.

35.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

36.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

37.

Defendants deny as pled the allegations contained in this paragraph of Plaintiff's Complaint.

38.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

39.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

40.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

41.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

42.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

43.

Defendants deny as pled the allegations contained in this paragraph of Plaintiff's Complaint.

## **DAMAGES**

44.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

45.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

46.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

47.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

48.

Defendants are without knowledge or information sufficient to form a belief as to the allegations contained in this paragraph of Plaintiff's Complaint and, therefore, can neither admit nor deny same.

49.

Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

50.

Any allegations contained in Plaintiff's Complaint not herein responded to by number, including Plaintiff's ad damnun/prayer for relief clause, and its subparts, are hereby denied.

WHEREFORE, having fully answered, Defendants pray that Plaintiff's Complaint be dismissed with costs of this action cast against Plaintiff.

This 6th day of June, 2022.

Respectfully submitted,

By:  */s/ Jessica F. Hubbartt*
JESSICA F. HUBBARTT
Georgia State Bar No. 932295
*Attorney for Defendants Trigo Express
LLC and Tan Tran*

Copeland, Stair, Valz & Lovell, LLP
191 Peachtree Street, N.E., Suite 3600
P. O. Box 56887 (30343-0887)
Atlanta, Georgia 30303-1740
Telephone (404) 221-2211
Facsimile (404) 523-2345
jhubbartt@csvl.com

8223142v.1

8

**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

BRENDA MATLOCK,            )
                                    )
           Plaintiff,       )
                                    )
v.                                )
                                    )       Civil Action
TRIGO EXPRESS LLC., a California Limited )    File No.: 22A01591
Liability Company, TAN TRAN, individually, )
and d/b/a TRIGO EXPRESS LLC., ABC  )
CORPORATION,              )
                                    )
           Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **ANSWER AND DEFENSES OF DEFENDANTS TRIGO EXPRESS LLC AND TAN TRAN TO PLAINTIFF'S COMPLAINT** upon all parties to this matter via the Court's electronic filing system, which will automatically e-mail a copy to counsel of record addressed as follows:

Michael J. Ivan
P.O. Box 682765
Marietta, GA  30068
mivanlaw@yahoo.com

This 6th day of June, 2022.

Respectfully submitted,

By:   */s/ Jessica F. Hubbartt*
       JESSICA F. HUBBARTT
       Georgia State Bar No. 932295
       *Attorney for Defendants Trigo Express*
       *LLC and Tan Tran*

Copeland, Stair, Valz & Lovell, LLP
191 Peachtree Street, N.E., Suite 3600
P. O. Box 56887 (30343-0887)
Atlanta, Georgia 30303-1740
Telephone (404) 221-2211
Facsimile (404) 523-2345
jhubbartt@csvl.com

8223142v.1                       9

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

BRENDA MATLOCK,                          )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )
                                         )              Civil Action
TRIGO EXPRESS LLC., a California Limited )              File No.: 22A01591
Liability Company, TAN TRAN, individually, )
and d/b/a TRIGO EXPRESS LLC., ABC        )
CORPORATION,                             )
                                         )
            Defendants.                  )

### DEFENDANTS' DEMAND FOR JURY PANEL OF TWELVE

COME NOW Defendants Trigo Express, LLC and Tan Tran, by and through their

attorneys, and demand in writing prior to the commencement of the trial term that the above-

styled case be tried by a jury of twelve, pursuant to O.C.G.A. § 15-12-122.

This 6th day of June, 2022.

Respectfully submitted,

COPELAND, STAIR, VALZ & LOVELL, LLP

/s/ Jessica F. Hubbartt
JESSICA F. HUBBARTT
State Bar No.: 932295
jhubbartt@csvl.law
Attorney for Defendants Trigo Express LLC and
Tan Tran

191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303-1740
Phone: 404-221-2211
Fax: 404-523-2345

8223698v.1

**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

BRENDA MATLOCK,                          )
                                         )
           Plaintiff,          )
                                         )
v.                                       )
                                         )          Civil Action
TRIGO EXPRESS LLC., a California Limited )          File No.: 22A01591
Liability Company, TAN TRAN, individually, )
and d/b/a TRIGO EXPRESS LLC., ABC        )
CORPORATION,                             )
                                         )
           Defendants.         )

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have this day served a copy of the within and foregoing

**DEFENDANTS' DEMAND FOR JURY PANEL OF TWELVE** upon all parties to this matter

via the Court's e-filing system, which will automatically email a copy to counsel of record as

follows:

Michael J. Ivan
P.O. Box 682765
Marietta, GA  30068
mivanlaw@yahoo.com

This 6th day of June, 2022.

Respectfully submitted,

By:   */s/ Jessica F. Hubbartt*
      JESSICA F. HUBBARTT
      Georgia State Bar No. 932295
      *Attorney for Defendants Trigo Express*
      *LLC and Tan Tran*

Copeland, Stair, Valz & Lovell, LLP
191 Peachtree Street, N.E., Suite 3600
P. O. Box 56887 (30343-0887)
Atlanta, Georgia 30303-1740
Telephone (404) 221-2211
Facsimile (404) 523-2345
jhubbartt@csvl.com