IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRENDA MATLOCK,<br><br>    Plaintiff,<br><br>v.<br><br>TRIGO EXPRESS, LLC, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:22-cv-02249-JPB |

## JUDGMENT

This action having come before the Court for a trial by jury, the Honorable J. P. Boulee presiding, the issues having been tried and the jury having rendered its verdict in favor of Plaintiff, it is

**Ordered and Adjudged** that Plaintiff recover $715,000.00 from Defendants and that the action be dismissed.

Dated this 6th day of December, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Jennifer Lee
      Courtroom Deputy Clerk